# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shoaf,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Diversified Collection Services, Inc.,<br><br>　　　　Defendant. | Case No.: 3:12-cv-02715-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 31, 2012, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **September 14, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 31, 2012, for failure to prosecute, and for failure to comply with the Court's Order dated May 29, 2012. A further case management conference is also scheduled for **September 14, 2012**, **at 1:30 p.m.**

IT IS SO ORDERED.

Dated: September 4, 2012

_____
Joseph C. Spero
United States Magistrate Judge